# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2672
LT Case No. 2001-34260-FMCI

_____

PAUL MCDUFFIE,

    Appellant,

    v.

TIFFANY PHAGAN O/BO/ L.D.P.,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Sandra C. Upchurch, Judge.

David L. Ferguson, of Woodard & Ferguson, P.A., Ormond Beach, for Appellant.

Marc E. Dwyer, of Chiumento Dwyer Hertel Grant P.L., Palm Coast, for Appellee.

January 16, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____